# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE                                              :   No. 54 ID
                                                   :
Administrative Suspension                          :
Pursuant to Rule 219(f) of the                     :
Pennsylvania Rules of                              :
Disciplinary Enforcement                           :

## ORDER

**AND NOW**, this 4th day of December, 2020, it is hereby ordered that Joan Marie Etzweiler, Attorney Registration No. 81904, is administratively suspended pursuant to Pa. R.D.E. 219(f).  Said administrative suspension shall take effect 30 days after the date of this order pursuant to Pa. R.D.E. 217(d).

_____
John A. Vaskov
Deputy Prothonotary